**Order entered December 30, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01222-CR

**WESTLEY LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-00125-N**

## ORDER

Before the Court is court reporter Yolanda Atkins's December 28, 2022 request for an extension of time in which to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **JANUARY 27, 2023**.

/s/      DENNISE GARCIA
JUSTICE